DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUBA KUMAR SELVARAJ**,
Appellant,

v.

**CELINE SHAKILA SELVARAJ**,
Appellee.

No. 4D16-591

[February 22, 2018]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. FMCE13-014877 (42).

Gene Reibman, Plantation, for appellant.

Catherine L. Roselli, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***